IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH L. LEVESQUE,

          Petitioner,                No. CIV S-09-0205 EFB P

     vs.

MIKE KNOWLES,

          Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the face of the application that the petitioner is not entitled to relief.

        Accordingly, it is hereby ordered that:

        1. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 30 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other

documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

2. Petitioner's reply, if any, shall be filed and served within 15 days of service of an answer.

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 15 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.

4. The court does not intend to grant extensions of time in this action.

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's January 20, 2009, petition for a writ of habeas corpus with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California. The Clerk of the Court also shall serve on the Senior Assistant Attorney General the consent form used in this court.

6. In light of the expedited timetable set forth above, petitioner's January 30, 2009 motion to expedite the petition for writ of habeas corpus is denied as moot.

DATED: March 16, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE