IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH L. LEVESQUE,

    Petitioner,                  No. CIV S-09-0205 GEB EFB P

    vs.

MIKE KNOWLES,

    Respondent.              <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding through counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 20, 2009, petitioner filed his federal petition for writ of habeas corpus. On January 30, 2009, petitioner moved to expedite this action on the ground that he suffers from end stage hepatitis-C with a very limited life expectancy. Following a preliminary review of the petition, on March 16, 2009, the court issued an expedited briefing schedule, and denied petitioner's motion as moot. Thereafter, on April 14, 2009, petitioner presented the court with additional information regarding his life expectancy. Petitioner has provided a copy of a physician's report dated March 17, 2009. The physician, who is affiliated with the California Department of Corrections and Rehabilitation, states that petitioner "has end-stage liver disease, Child's C Cirrhosis," and that he "will not be surprised if [petitioner] does not live for more than six months." Supp. Pet., 3-4, Appx. 1.

Accordingly, it is hereby ORDERED that, in light of the information provided regarding petitioner's life expectancy, resolution of this action will be expedited.

DATED: May 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE